IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE MCGEE,

    Plaintiff,

v.

WAUPUN'S WARDEN, et al,

    Defendants.

ORDER

Case No. 23-cv-689-jdp

Plaintiff Jackie McGee has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit the certified trust fund account statement no later than October 27, 2023. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Jackie McGee may have until October 27, 2023 to submit a trust fund account statement for the period beginning approximately April 4, 2023 and ending approximately October 4, 2023. If, by October 27, 2023, plaintiff fails to respond

to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 6th day of October, 2023.

BY THE COURT:

/s/

ANDREW R. WISEMAN
United States Magistrate Judge